# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|
| IN THE CASE OF | | | | |

_____ VS. _____

FOR _____

AT _____

**LOCATION NUMBER**: Boston

**PERSON REPRESENTED** (Show your full name): Willie Hester

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
- Magistrate:
- District Court:
- Court of Appeals:

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes  ☑ No  N/A
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $8000 ~~$12,000~~ ~~RECEIVED~~ in 2003 ~~SOURCES~~ Sequoia Construction Co., Whitman, MA, May – Nov 2003

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ ____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ ____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE / ☐ MARRIED / ☐ WIDOWED / ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Contribute food stamps of $141/month | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ Willie Hester