➥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES V. ADAM ELLARD, ET AL | | | | **EXHIBIT AND WITNESS LIST** <br> Case Number: 04-817-MBB | |
|---|---|---|---|---|---|

| PRESIDING JUDGE <br> BOWLER | | | PLAINTIFF'S ATTORNEY <br> M. PELGRO, D. TOBIN | | DEFENDANT'S ATTORNEY <br> COVIELLO, FRIED, COX, FEINBERG, |
|---|---|---|---|---|---|
| TRIAL DATE (S) <br> 4/26/04 | | | COURT REPORTER <br> DIGITAL | | COURTROOM DEPUTY <br> SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 4/26/04 | | | SPC. AGENT STEVEN C. STORY; D.E.A.; for the Government |
| 1 | | 4/26/04 | X | X | Affidavit of Agent Story |
| | A | 4/26/04 | X | X | Diagram |
| 2 | | 4/26/04 | X | X | Columbia N.J. Police report as to Deft. Tavon Robinson |
| 3 | | 4/26/04 | X | X | Criminal Complaint from the Commonwealth of MA as to Deft. Norman Barnes |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages