UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE NO. 04-817-MBB

**UNITED STATES OF AMERICA**

**v.**

**WILLIE HESTER**

**ORDER OF VOLUNTARY DETENTION**

**APRIL 29, 2004**

**BOWLER, Ch.U.S.M.J.**

On April 29, 2004, defense counsel stated in open court that
her client would enter into a period of voluntary detention
without prejudice.  This court will promptly reopen the issue of
detention upon motion of the defendant.

It is therefore **ORDERED** that the defendant be detained.
This court orders the defendant's detention subject to the
following conditions:

> (1)  The defendant be, and he hereby is, committed
> to the custody of the Attorney General for confinement
> in a corrections facility, separate, to the extent
> practicable, from persons awaiting or serving sentences
> or being held in custody pending appeal;
>
> (2)  The defendant be afforded reasonable opportunity
> for private consultation with his counsel; and
>
> (3)  On Order of a court of the United States or on

request of an attorney for the government, the person
in charge of the corrections facility in which the
defendant is confined shall deliver the defendant to
an authorized Deputy U.S. Marshal for the purpose of
any appearance in connection with a court proceeding.

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge